**FILED**

NOV 29 2007


CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CIV 06-4253 |
| Plaintiff, | |
| vs. | ORDER |
| BART THIELBAR;<br>DAVID A. MONAGHAN;<br>KEITH W. BEACHLER;<br>JANA L. QUAM; and<br>CARY B. GRISWOLD, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Defendant Bart Thielbar's Motion for Leave to Exceed Page Limitation, Doc. 46, requesting the Court to allow him to exceed the page limitation when he files a brief in support of a Motion to Dismiss. After consideration of the Motion and the file,

IT IS ORDERED:

1.   That Defendant Bart Thielbar's Motion for Leave to Exceed Page Limitation, Doc. 46, is granted, and Defendant Thielbar may file a Brief in Support of Motion to Dismiss in excess of twenty-five (25) pages, but not to exceed thirty-five (35) pages.

Dated this 29ʰ day of November, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
DEPUTY